# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY SHARRON ANTEE, A/K/A
LINDSEY LICARI,
Appellant,
vs.
BOBBY LEE ANTEE, A/K/A BOBBY
DEE ANTEE,
Respondents.

No. 82483

**FILED**

MAR 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on February 17, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Dawn Throne, District Judge, Family Court Division
Lindsey Sharron Antee
Shumway Van
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-08091